IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

1415STCLOUD, LLC,                          )
                                           )
          Plaintiff,                       )
                                           )          Case No.
Vs.                                        )
                                           )          JURY TRIAL DEMANDED
STATE FARM FIRE AND CASUALTY               )
COMPANY,                                   )
                                           )
          Defendant.                       )

## NOTICE OF REMOVAL TO DISTRICT COURT

Comes now Defendant State Farm Fire and Casualty Company, by and through its

attorneys, and requests the removal of the above captioned action from the Circuit Court of St.

Louis City, State of Missouri, to the United States District Court for the Eastern District of

Missouri, pursuant to the provisions of U.S.C. Sections 1332 and 1441(a). In support of its

request, Defendant states as follows:

1.       Plaintiff commenced this action in the Circuit Court for the City of St. Louis,

State of Missouri, on or about June 30, 2026 under the caption 1415StCloud, LLC vs. State Farm

Fire and Casualty Company, Cause No. 2622-CC02573.

2.       Defendant State Farm Fire and Casualty Company hereby requests the removal of

said action to the United States District Court for the Eastern District of Missouri, based upon the

existence of diversity of citizenship between Plaintiff and Defendant pursuant to the diversity

jurisdiction of this court and 28 U.S.C. Section 1332(a)(1).

3.       The United States District Court for the Eastern District of Missouri, is the

Federal District Court embracing the City of St. Louis, State of Missouri, where this action is

currently pending.

4.    This is a civil action over which this court has original jurisdiction pursuant to 28 U.S.C. Section 1332(a)(1), and is one which may be removed to this court pursuant to the provisions of 28 U.S.C. Section 1441(a), in that:

a.    Plaintiff is a Washington limited liability company. Upon information and belief, its sole owner is an individual Randy Schell, who was a citizen of the State of Washington.

b.    Defendant State Farm Fire and Casualty Company was, at the time of the commencement of this action, and still is, a corporation duly incorporated under the laws of the State of Illinois, and having its principal place of business in Bloomington, Illinois, and not in Missouri.

c.    Plaintiff's Petition seeks recovery of an amount in excess of $75,000, and therefore there is a reasonable probability that the matter in controversy herein exceeds the sum of $75,000 exclusive of interest and costs.

5.    This Petition is filed pursuant to the provisions of 28 U.S.C. Sections 1441(a) and 1446 within 30 days after the receipt by State Farm Fire and Casualty Company of the initial pleadings setting forth the claim for relief upon which this action is based.

6.    There are attached to this notice and incorporated hereby by reference, true and accurate copies of all process, pleadings and orders to date in this action.

WHEREFORE, Defendant State Farm Fire ad Casualty Company requests that this case be removed from the Circuit Court of St. Louis City, State of Missouri to the United States District Court for the Eastern District of Missouri.

_____
James A. Wilke

STATE OF MISSOURI )
                 )ss
CITY OF ST. LOUIS )

James A. Wilke, first being duly sworn upon his oath, states that he is the agent and attorney for Defendant, that he has read the foregoing Removal Petition and knows the contents thereof, and that the statements herein contained  are true to the best of his knowledge, information and belief.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my official seal this _23_ day of ___Ocerey___, 2026.

_____
NOTARY PUBLIC

My Commission Expires:

LORI BOISMENUE
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES OCTOBER 18, 2026
ST. CHARLES COUNTY
COMMISSION #14430315

WILKE & WILKE, P.C.

BY:_____
James A. Wilke #51242MO
Attorneys for Defendant
2708 Olive Street
St. Louis, Missouri 63103
Direct Dial: 314-533-3494
Fax: 314-371-0900
jwilke@wilkewilke.net

A copy of the foregoing emailed this _23_ day of ___July___, 2026 to:

Michael J. Parnas
The Parnas Law Firm, LLC
7710 Carondelet Avenue, Suite 516
St. Louis, Missouri 63105
mparnas@mparnaslaw.com
ATTORNEY FOR PLAINTIFF

JAW:lb