Case.net:2622-CC02573 - 1415STCLOUD, LLC VS. STATE FARM FIRE & CASUALTY CO (E-CASE) - Docket Entries

| **Respond to Selected Documents** |     **Sort by date:** Descending Ascending     **Display options:** All Entries   ⌄

**07/03/2026**

### Exhibit Filed

Court Memorandum- Exhibit 4 Petition; Plaintiffs Exhibit 4.
   **Filed By:** MICHAEL JOSEPH PARNAS
   **On Behalf Of:** 1415STCLOUD, LLC

**07/01/2026**

### Summons Issued-Circuit

Document ID: 26-SMCC-4829, for STATE FARM FIRE & CASUALTY CO

**06/30/2026**

### Filing Info Sheet eFiling

   **Filed By:** MICHAEL JOSEPH PARNAS

### Petition:

Petition; Plaintiffs Exhibit 1; Plaintiffs Exhibit 2; Plaintiffs Exhibit 3; Plaintiffs Exhibit 3A; Plaintiffs Exhibit 3B; Plaintiffs Exhibit 3C.
   **Filed By:** MICHAEL JOSEPH PARNAS
   **On Behalf Of:** 1415STCLOUD, LLC

### Pet Filed in Circuit Ct

Confidential Case Filing Information Sheet.
   **Filed By:** MICHAEL JOSEPH PARNAS
   **On Behalf Of:** 1415STCLOUD, LLC

## IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
## STATE OF MISSOURI

1415STCLOUD, LLC,     )
           )
    Plaintiff,    )
           ) Cause No: 2622-CC02573
vs.          )
           ) Division: 1
STATE FARM FIRE AND CASUALTY )
COMPANY,      )
           )
    Defendant.   )

## COURT MEMORANDUM

COMES NOW Plaintiff by and through its attorneys and files herewith Plaintiff's Exhibit

4 which should have been attached to Plaintiff's Petition.

Respectfully submitted,

THE PARNAS LAW FIRM, LLC

/s/ Michael J. Parnas

Michael J. Parnas  Mo. Bar: 36905
7710 Carondelet Avenue, Suite 516
Saint Louis, Missouri 63105
(314) 726-6015  Office
(314) 726-6019  Fax
mparnas@mparnaslaw.com

Attorney for Plaintiff 1415StCloud, LLC



7710 CARONDELET AVE., SUITE 516
ST. LOUIS, MO 63105

PH 314.726.6015 / Fx 314.726.6019

MPARNAS@MPARNASLAW.COM

May 4, 2026

**Via Email Only: (statefarmfireclaims@statefarm.com)**

State Farm Insurance
Sean J. Crayton
External Claims Resource
P.O. Box 2915
Bloomington, Illinois 61702-2915

RE: **DEMAND FOR PAYMENT OF POLICY LIMITS**

**Claim No.: 25-84V9-93C**
**Policy No.: 95N778408**
**Date of Loss: May 16, 2025**
**Property: 1200 N. Euclid Ave., Saint Louis, MO**
**Insured: 1415 St. Cloud, LLC**

Dear Mr. Crayton:

This correspondence is a follow up to my previous correspondence. One of the previous adjusters in the long line of claims adjusters advised my client to put our estimate into the software format that State Farm uses. We did that. You failed to respond. Your estimate is incomplete and does not restore my client's property to its pre-storm damage condition as per the terms of the policy. As such you are in breach of the policy. The limits of the policy identified above is $798,300.00. The cost to repair this property greatly exceeds the policy limits. To date, State Farm has paid my client $448,771.15. The scope of work gap between your estimate and our contractor is well over $475,000.00. Therefore demand is hereby made that your company tender to my client the amount of $349,528.85. This is our 30 day notice to you pursuant to §375.296 RSMo. After the expiration of 30 days we will be filing suit against State Farm in the City of St. Louis Circuit Court.

Very truly yours,

*/s/ Michael J. Parnas*

Michael J. Parnas
Missouri Bar No: 36905