**STATE FARM FIRE AND CASUALTY COMPANY**
*A STOCK COMPANY WITH HOME OFFICES IN BLOOMINGTON, ILLINOIS*   **DECLARATIONS**

*Po Box 2915*
*Bloomington IL 61702-2915*

**Named Insured**

M-14-08D7-FB81  F  W

1415STCLOUD, LLC
2308 7TH AVE
MILTON WA  98354-8901

| Policy Number | 95-N7-7840-0 | |
|---|---|---|
| **Policy Period** 12 Months | **Effective Date** MAR 21 2025 | **Expiration Date** MAR 21 2026 |
| The policy period begins and ends at 12:01 am standard time at the premises location. | | |

**Agent and Mailing Address**
BRENT MATHANY   CLU, CHFC
7227 SOUTHWEST AVE
SAINT LOUIS MO   63143-2407

PHONE: (314) 726-6300

## Apartment Policy

**Automatic Renewal -** If the **policy period** is shown as **12 months** , this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

Entity: Limited Liability Company

NOTICE:  Information concerning changes in your policy language is included. Please call your agent if you have any questions.



POLICY PREMIUM          $   7,395.00

Discounts Applied:
 Renewal Year
 Years in Business

State Farm at CityLine Telephone Number: 309-763-1000

Prepared
JAN 07 2025
CMP-4000

007276 290    I
N

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Continued on Reverse Side of Page

530 683 a.2 05 31 2011 (o1 D23Tc)

**DECLARATIONS (CONTINUED)**

Apartment Policy for 1415STCLOUD, LLC
Policy Number        95-N7-7840-8

## SECTION I - PROPERTY SCHEDULE

| Location Number | Location of Described Premises | Limit of Insurance* Coverage A - Buildings | Limit of Insurance* Coverage B - Business Personal Property |
|---|---|---|---|
| 001 | 1200 N EUCLID AVE SAINT LOUIS MO 63113-2012 | $ 798,300 | $ 1,200 |

\* As of the effective date of this policy, the Limit of Insurance as shown includes any increase in the limit due to Inflation Coverage.

## SECTION I - INFLATION COVERAGE INDEX(ES)

Inflation Coverage Index:                249.2

## SECTION I - DEDUCTIBLES

**Basic Deductible**          $2,500

**Special Deductibles:**

| Employee Dishonesty | $250 | Equipment Breakdown | $2,500 |
| Lock Replacement | $100 | | |

Other deductibles may apply - refer to policy.

Prepared
JAN 07 2025
CMP-4000

007276

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Continued on Next Page                Page  2 of  7

**DECLARATIONS (CONTINUED)**

Apartment Policy for 1415STCLOUD, LLC
Policy Number      95-N7-7840-8

### SECTION I - EXTENSIONS OF COVERAGE - LIMIT OF INSURANCE - EACH DESCRIBED PREMISES

The coverages and corresponding limits shown below apply separately to each described premises shown in these Declarations, unless indicated by "See Schedule." If a coverage does not have a corresponding limit shown below, but has "Included" indicated, please refer to that policy provision for an explanation of that coverage.

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| Collapse | Included |
| Damage To Non-Owned Buildings From Theft, Burglary Or Robbery | Coverage B Limit |
| Debris Removal | 25% of covered loss |
| Equipment Breakdown | Included |
| Fire Department Service Charge | $5,000 |
| Fire Extinguisher Systems Recharge Expense | $5,000 |
| Glass Expenses | Included |
| Increased Cost Of Construction And Demolition Costs (applies only when buildings are insured on a replacement cost basis) | 10% |
| Newly Acquired Business Personal Property (applies only if this policy provides Coverage B - Business Personal Property) | $100,000 |
| Newly Acquired Or Constructed Buildings (applies only if this policy provides Coverage A - Buildings) | $250,000 |
| Ordinance Or Law - Equipment Coverage | Included |
| Preservation Of Property | 30 Days |
| Water Damage, Other Liquids, Powder Or Molten Material Damage | Included |

Prepared
JAN 07 2025
CMP-4000

007277 290
N

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Continued on Reverse Side of Page

DECLARATIONS (CONTINUED)

Apartment Policy for 1415STCLOUD, LLC
Policy Number         95-N7-7840-8

SECTION I - EXTENSIONS OF COVERAGE - LIMIT OF INSURANCE - EACH COMPLEX

The coverages and corresponding limits shown below apply separately to each complex as described in the policy.

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| Accounts Receivable | |
| On Premises | $50,000 |
| Off Premises | $15,000 |
| Arson Reward | $5,000 |
| Forgery Or Alteration | $10,000 |
| Lock Replacement | $5,000 |
| Money Orders And Counterfeit Money | $1,000 |
| Outdoor Property | $5,000 |
| Personal Effects (applies only to those premises provided Coverage B - Business Personal Property) | $2,500 |
| Personal Property Off Premises | $15,000 |
| Pollutant Clean Up And Removal | $10,000 |
| Property Of Others (applies only to those premises provided Coverage B - Business Personal Property) | $2,500 |
| Signs | $2,500 |
| Tenant Move Back Expenses | $15,000 |
| Valuable Papers And Records | |
| On Premises | $10,000 |
| Off Premises | $5,000 |

Prepared
JAN 07 2025
CMP-4000
007277

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Continued on Next Page

DECLARATIONS (CONTINUED)

**Apartment Policy for 1415STCLOUD, LLC**
**Policy Number        95-N7-7840-8**

## SECTION I - EXTENSIONS OF COVERAGE - LIMIT OF INSURANCE - PER POLICY

The coverages and corresponding limits shown below are the most we will pay regardless of the number of described premises shown in these Declarations.

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| Employee Dishonesty | $25,000 |
| Loss Of Income And Extra Expense | Actual Loss Sustained - 12 Months |

## SECTION II - LIABILITY

| COVERAGE | LIMIT OF INSURANCE |
|---|---|
| Coverage L - Business Liability | $500,000 |
| Coverage M - Medical Expenses (Any One Person) | $5,000 |
| Damage To Premises Rented To You | $300,000 |

| AGGREGATE LIMITS | LIMIT OF INSURANCE |
|---|---|
| Products/Completed Operations Aggregate | $1,000,000 |
| General Aggregate | $1,000,000 |

Each paid claim for Liability Coverage reduces the amount of insurance we provide during the applicable annual period. Please refer to Section II - Liability in the Coverage Form and any attached endorsements.

Prepared
JAN 07 2025
CMP-4000
007278 290
N

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Continued on Reverse Side of Page

Page 5 of 7

DECLARATIONS (CONTINUED)

Apartment Policy for 1415STCLOUD, LLC
Policy Number        95-N7-7840-8

Your policy consists of these Declarations, the BUSINESSOWNERS COVERAGE FORM shown below, and any other forms and endorsements that apply, including those shown below as well as those issued subsequent to the issuance of this policy.

## FORMS AND ENDORSEMENTS

| | |
|---|---|
| CMP-4100 | Businessowners Coverage Form |
| CMP-4561.5 | *Policy Endorsement |
| CMP-4225.4 | *Amendatory Endorsement |
| CMP-4532 | *Exclusion Cyber Incident |
| FE-6999.3 | *Terrorism Insurance Cov Notice |
| FE-1401 | *Exclusion Cyber Incident |
| CMP-4500 | Apartment Endorsement |
| CMP-4807 | Lock Replacement |
| CMP-4502 | Tenant Move Back Expenses |
| CMP-4503.1 | Heating Air Cond Loss Reimburs |
| CMP-4746.1 | Hired Auto Liability |
| FE-3650 | Actual Cash Value Endorsement |
| CMP-4506.2 | Loss of Income & Extra Expnse |
| CMP-4710 | Employee Dishonesty |
| CMP-4856 | Actual Cash Value Building |
| CMP-4857 | Actual Cash Value Contents |
| FD-6007 | Inland Marine Attach Dec |
| | * New Form Attached |

## SCHEDULE OF ADDITIONAL INTERESTS

Interest Type:   Mortgagee
Endorsement #:  N/A
Loan Number:    N/A

US BANK COLLATERAL DEPT
PO BOX 5308
PORTLAND OR  97228-5308

Prepared
JAN 07 2025
CMP-4000

007278

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Continued on Next Page

**DECLARATIONS (CONTINUED)**

**Apartment Policy for 1415STCLOUD, LLC**
**Policy Number        95-N7-7840-8**

This policy is issued by the State Farm Fire and Casualty Company.

Participating Policy

You are entitled to participate in a distribution of the earnings of the company as determined by our Board of Directors in accordance with the Company's Articles of Incorporation, as amended.

In Witness Whereof, the State Farm Fire and Casualty Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

Secretary

President

Prepared
JAN 07 2025
CMP-4000
007279 290
N

© Copyright. State Farm Mutual Automobile Insurance Company, 2000
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page  7 of  7

007279

STATE FARM FIRE AND CASUALTY COMPANY
*A STOCK COMPANY WITH HOME OFFICES IN BLOOMINGTON, ILLINOIS*

Po Box 2915
Bloomington IL 61702-2915

**INLAND MARINE ATTACHING DECLARATIONS**

| Policy Number | 95-N7-7840-8 | |
|---|---|---|
| **Policy Period** 12 Months | **Effective Date** MAR 21 2025 | **Expiration Date** MAR 21 2026 |

The policy period begins and ends at 12:01 am standard time at the premises location.

**Named Insured**

M-14-08D7-FB81  F  W

1415STCLOUD, LLC
2308 7TH AVE
MILTON WA  98354-8901

## ATTACHING INLAND MARINE

**Automatic Renewal** - If the policy period is shown as 12 months , this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

**Annual Policy Premium**          Included

The above Premium Amount is included in the Policy Premium shown on the Declarations.

Your policy consists of these Declarations, the INLAND MARINE CONDITIONS shown below, and any other forms and endorsements that apply, including those shown below as well as those issued subsequent to the issuance of this policy.

**Forms, Options, and Endorsements**

| | |
|---|---|
| FE-8739 | Inland Marine Conditions |
| FE-8207.1 | Amendatory Endorsement |
| FE-8743.1 | Inland Marine Computer Prop |

See Reverse for Schedule Page with Limits

Prepared
JAN 07 2025
FD-6007

007280

© Copyright, State Farm Mutual Automobile Insurance Company, 2008
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

530 603 a.2 05 31 2011 (o15232c)

## ATTACHING INLAND MARINE SCHEDULE PAGE

**ATTACHING INLAND MARINE**

| ENDORSEMENT NUMBER | COVERAGE | LIMIT OF INSURANCE | DEDUCTIBLE AMOUNT | ANNUAL PREMIUM |
|---|---|---|---|---|
| FE-8743.1 | Inland Marine Computer Prop | $ 10,000 | $ 500 | Included |
| | Loss of Income and Extra Expense | $ 10,000 | | Included |

──────── OTHER LIMITS AND EXCLUSIONS MAY APPLY - REFER TO YOUR POLICY ────────

Prepared
JAN 07 2025
FD-6007

007280

© Copyright, State Farm Mutual Automobile Insurance Company, 2009
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

530 608 a.2 05 31 2011 (o15223c)

CMP-4561.5D
Page 1 of 7

## IMPORTANT NOTICE

### Regarding Changes to Your Policy

**CMP-4561.5 POLICY ENDORSEMENT** is added to your State Farm® policy and replaces **CMP-4561.1 POLICY ENDORSEMENT.**

Note the following changes to your policy. Changes that broaden coverage without additional premium are effective immediately on the date first adopted in your state. All other changes are effective with this policy term:

- **SECTION I – PROPERTY**
  - o The words "within 100 feet of the described premises" are changed to read "within 1,000 feet of the described premises" wherever they are found in the policy.
  - o Under **Property Not Covered**, the following is added: Digital tokens of any kind, by whatever name known, whether actual or fictitious including, but not limited to, non-fungible tokens, crypto tokens or any other type of digital token.
  - o Under **SECTION I – DEFINITIONS**, "securities" is revised to specify that coverage applies to instruments that are tangible in form, except as otherwise provided.

- **SECTION II – LIABILITY, Section II – Exclusions**
  - o Paragraph **17. Personal And Advertising Injury**: Damages from infringement of another's patent, trademark, or trade secret continue to be specifically excluded under this policy.
  - o **Perfluoroalkyl and Polyfluoroalkyl Substances**: There is no coverage for "bodily injury", "property damage" and "personal and advertising injury" related exposures associated with "perfluoroalkyl or polyfluoroalkyl substances", including any loss, cost or expense arising out of abating, testing for, monitoring, cleaning up, or other related activities, of "perfluoroalkyl or polyfluoroalkyl substances", by any insured or by any other person or entity.
  - o **Violation of Law Addressing Data Privacy**: There is no coverage for "bodily injury", "property damage" and "personal and advertising injury" that arises out of the violation of statutes, ordinances, regulations or other laws pertaining to any person's or organization's confidential or personal information, including financial, health, biometric or other nonpublic material or information.
  - o **Access or Disclosure Of Confidential Or Personal Information**: Language is added to state there is no coverage for "bodily injury", "property damage" and "personal and advertising injury" arising out of any access to or disclosure of any person's or organization's biometric information, including damages claimed for notification costs, credit or identity monitoring expenses, forensic expenses, public relations expenses, data restoration expenses, extortion expense or any other loss, cost or expense incurred by you or others.

- **SECTION II – DEFINITIONS**
  - o Paragraph **18. "Personal and advertising injury"**: Infringement of another's patent, trademark, or trade secret is no longer within the definition of personal and advertising injury.
  - o "Perfluoroalkyl or polyfluoroalkyl substances" is added.

The endorsement follows this notice. Please read the endorsement and place it with your policy. If you have any questions, please contact your State Farm agent.

---

DISCLAIMER: This notice only provides a general summary of changes to your State Farm policy. This notice is not a statement of contract. This notice does not change, modify, or invalidate the provisions, terms, or conditions as set forth in your State Farm policy booklet, the most recently issued declarations, and any applicable endorsements.

---

©, Copyright, State Farm Mutual Automobile Insurance Company, 2023
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CMP-4561.5D
Page 2 of 7

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## POLICY ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

1.  SECTION I – PROPERTY is amended as follows:

    a.  The words "within 100 feet of the described premises", wherever they may be found in the policy, are changed to read "within 1,000 feet of the described premises".

    b.  The following is added to Property Not Covered:

    Digital tokens of any kind, by whatever name known, whether actual or fictitious including, but not limited to, non-fungible tokens, crypto tokens or any other type of digital token.

    c.  Paragraph 2.f. Dishonesty under SECTION I – EXCLUSIONS is replaced by the following:

    f.  Dishonesty

    (1)  Dishonest or criminal acts by you, anyone else with an interest in the property, or any of your or their partners, "members", officers, "managers", employees, directors, trustees, or authorized representatives, whether acting alone or in collusion with each other or with any other party; or

    (2)  Theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

    This exclusion applies whether or not an act occurs during your normal hours of operation.

    This exclusion does not apply to acts of destruction by your employees; but theft by your employees is not covered.

    With respect to accounts receivable and "valuable papers and records", this exclusion does not apply to carriers for hire.

    d.  SECTION I – EXTENSIONS OF COVERAGE is amended as follows:

    (1)  Paragraph 4.a.(1) under Collapse is replaced by the following:

    (1)  Collapse means an abrupt falling down or caving in of a building or any part of a building;

    (2)  Paragraph 5. is replaced by the following:

    5.  Water Damage, Other Liquids, Powder Or Molten Material Damage

    If loss caused by covered water or other liquid, powder, or molten material occurs, we will also pay the cost to tear out and replace only that particular part of the covered building or structure necessary to gain access to the specific point of that system or appliance from which the water or other substance escaped.

    We will not pay the cost to repair any defect that caused the loss; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

    a.  Results in discharge of any substance from an automatic fire protection system; or

    b.  Is directly caused by freezing.

    The amount we pay under this Extension of Coverage will not increase the applicable Limit of Insurance.

    (3)  Paragraph 13. is replaced by the following:

    13.  Personal Property Off Premises

    You may extend the insurance provided by this coverage form to apply to Covered Property, other than "money" and "securities", "valuable papers and records", or accounts receivable, while it is in the course of transit or at another premises. The most we will pay for loss in any one occurrence under this Extension Of Coverage is the Limit Of Insurance for Personal Property Off Premises shown in the Declarations.

    The amount we pay under this Extension Of Coverage is an additional amount of insurance.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2023
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

If the Covered Property is located at another premises you own, lease, operate, or regularly use, the insurance provided under this extension applies only if the loss occurs within 90 days after the property is first moved.

The Other Insurance Condition contained in SECTION I AND SECTION II – COMMON POLICY CONDITIONS does not apply to this Extension Of Coverage. The insurance provided under this Extension Of Coverage is primary and does not contribute with any other insurance.

(4) The following is added to Paragraph 22.e. under **Equipment Breakdown:**

Paragraph 5.b. under **Coverage B – Business Personal Property** is replaced by:

    **b.**   Be your responsibility to maintain or insure according to the terms of your lease or rental agreement.

(5) The following is added:

**Business Personal Property In Portable Storage Units**

You may extend the insurance provided by this coverage form to apply to Business Personal Property, other than "money" and "securities", "valuable papers and records", or accounts receivable, while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the described premises. The most we will pay for loss under this Extension Of Coverage is $10,000.

The amount we pay under this Extension Of Coverage will not increase the applicable Limit Of Insurance.

Coverage will end 90 days after Business Personal Property has been placed in the storage unit. Coverage does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the Business Personal Property has been stored there for 90 or fewer days at the time of loss.

e.   **SECTION I – DEFINITIONS** is amended as follows:

(1) Paragraph **15.** is replaced by the following:

    **15.** "Securities" means:

       **a.**   Tangible negotiable and nonnegotiable instruments or contract representing either "money" or property and includes:

          **(1)**   Tokens and tickets in current use;

          **(2)**   Revenue and other stamps (but also including their unused value in a meter) in current use;

          **(3)**   Gift certificates, gift cards or similar instruments issued by you;

          **(4)**   Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you; and

          **(5)**   "Certificated securities"; and

       **b.**   "Uncertificated securities";

       but does not include "money".

(2) The following definitions are added:

"Certificated security" means a share, participation or other interest in property of, or an enterprise of, the issuer, or an obligation of the issuer which is:

    **a.**   Represented by a written instrument issued in bearer or registered form;

    **b.**   Of a type commonly dealt in on securities exchanges or markets or commonly recognized in any area in which it is issued or dealt in as a medium for investment; and

    **c.**   Either one of a class or series by its terms divisible into a class or series of shares, participations, interests or obligations.

"Uncertificated security" means a share, participation or other interest in property of, or an enterprise of, the issuer, or an obligation of the issuer, which is:

    **a.**   Not represented by a written instrument and the transfer of which is registered upon books maintained for that purpose by or on behalf of the issuer;

    **b.**   Of a type commonly dealt in on securities exchanges or markets; and

©, Copyright, State Farm Mutual Automobile Insurance Company, 2023
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CMP-4561.5D
Page 4 of 7

    c.  Either one of a class or series by its terms divisible into a class or series of shares, participations, interests or obligations.

2.  **SECTION II – LIABILITY** is amended as follows:

  a.  **Section II – Exclusions** is amended as follows:

    (1)  The following is added to Paragraph 3. **Liquor Liability**:

      This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training, or monitoring of others by an insured, or providing or failing to provide transportation with respect to any person that may be under the influence of alcohol if the "occurrence" which caused the "bodily injury" or "property damage" involved that which is described in Paragraph 3.a.

    (2)  Paragraph 8.f. under **Aircraft, Auto Or Watercraft** is replaced by the following:

      f.  "Bodily injury" or "property damage" arising out of:

        (1)  The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged;

        (2)  The operation of any of the following machinery or equipment:

          (a)  Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

          (b)  Air compressors, pumps, and generators, including spraying, welding, building cleaning, geophysical exploration, lighting, and well servicing equipment; or

        (3)  The operation of your business from a land vehicle:

          (a)  While it is parked and functioning, other than "loading and unloading", as a premises for your business operations; and

          (b)  That would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged.

    (3)  Paragraphs 17.b. and 17.c. under **Personal And Advertising Injury** are replaced by the following:

      b.  Arising out of oral or written publication of material, in any manner, if done by or at the direction of the insured with knowledge of its falsity;

      c.  Arising out of oral or written publication of material, in any manner, whose first publication took place before the beginning of the policy period;

    (4)  The last paragraph of 17.h. under **Personal And Advertising Injury** is replaced by the following:

      For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting;

    (5)  Paragraph 19. **Recording And Distribution Of Material In Violation Of Law** is replaced by the following:

      19.  **Recording and Distribution of Material**

      Damages arising directly or indirectly out of any communication, by or on behalf of any insured, that violates or is alleged to violate:

      a.  The Telephone Consumer Protection Act (TCPA), CAN-SPAM Act of 2003, Fair Credit Reporting Act (FCRA), or Fair and Accurate Credit Transaction Act (FACTA); including any regulations and any amendment of or addition to such statutes;

      b.  Any federal, state or local law, statute, ordinance, or regulation, in addition to Paragraph a. above, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating, or distribution of material or information; or

      c.  Any other federal, state or local law, statute, ordinance, or regulation that may provide a basis for a separate claim or cause of action arising out of any communication referenced in Paragraphs a. or b. above.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2023
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CMP-4561.5D
Page 5 of 7

(6) The following exclusions are added:

**Perfluoroalkyl And Polyfluoroalkyl Substances**

a. "Bodily injury", "property damage" or "personal and advertising injury" which would not have occurred, in whole or in part, but for the actual, alleged, threatened or suspected inhalation, ingestion, absorption, consumption, discharge, dispersal, seepage, migration, release or escape of, contact with, exposure to, existence of, or presence of, any "perfluoroalkyl or polyfluoroalkyl substances".

b. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "perfluoroalkyl or polyfluoroalkyl substances", by any insured or by any other person or entity.

**Violation of Law Addressing Data Privacy**

"Bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

a. Any federal, state or local statute, ordinance, regulation or other law that addresses, prohibits, or limits access to, use of or the printing, dissemination, disposal, obtaining, collecting, storing, safeguarding, recording, retention, sending, transmitting, communicating, selling or distribution of any person's or organization's confidential or personal material or information, including financial, health, biometric or other nonpublic material or information.

Any such federal, state or local statute, ordinance, regulation or other law includes but is not limited to:

(1) The Illinois Biometric Information Privacy Act (BIPA), including any amendment of or addition to such law; or

(2) The California Consumer Privacy Act (CCPA), including any amendment of or addition to such law; or

b. Any law of a jurisdiction other than the United States of America (including its territories and possessions) or Puerto Rico that is similar to any statute, ordinance, regulation or other law described in Paragraph a. above, including but not limited to the European Union's General Data Protection Regulation.

**Access Or Disclosure Of Confidential Or Personal Information**

"Bodily injury", "property damage" or "personal and advertising injury" arising out of any access to or disclosure of any access to or disclosure of any person's or organization's confidential or personal material or information, including:

a. Patents, trade secrets, processing methods, customer lists;

b. Financial information, credit card information;

c. Health information, biometric information; or

d. Any other type of nonpublic material or information.

This exclusion applies even if damages are claimed for notification costs, credit or identity monitoring expenses, forensic expenses, public relations expenses, data restoration expenses, extortion expenses or any other loss, cost or expense incurred by you or others arising out of any access or disclosure of any person's or organization's confidential or personal material or information.

b. Paragraph 1.d.(2) under Coverage M – Medical Expenses of SECTION II – MEDICAL EXPENSES is replaced by the following:

(2) Executes authorization to allow us to obtain copies of medical bills, medical records, and any other information we deem necessary to substantiate the claim.

Such authorizations must not:

(a) Restrict us from performing our business functions in:

i. Obtaining records, bills, information, and data; or

ii. Using or retaining records, bills, information, and data collected or received by us;

(b) Require us to violate federal or state laws or regulations;

©, Copyright, State Farm Mutual Automobile Insurance Company, 2023
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CMP-4561.5D
Page 6 of 7

    (c) Prevent us from fulfilling our data reporting and data retention obligations to insurance regulators; or

    (d) Prevent us from disclosing claim information and data:

        i.    To enable performance of our business functions;

        ii.   To meet our reporting obligations to insurance regulators;

        iii.  To meet our reporting obligations to insurance data consolidators; and

        iv.  As otherwise permitted by law.

    If the holder of the information refuses to provide it to us despite the authorization, then at our request the person making claim or his or her legal representative must obtain the information and promptly provide it to us; and

**c.** SECTION II – WHO IS AN INSURED is amended as follows:

    **(1)** Paragraph 1.c. does not apply.

    **(2)** Paragraphs 2.b.(1) and (4) are replaced by the following:

        **(1)** "Employees" with respect to "bodily injury" to:

            **(a)** Any co-"employee" arising out of and in the course of the co-"employee's" employment or while performing duties related to the conduct of your business; or

            **(b)** The spouse, child, parent, brother, or sister of that co-"employee" as a consequence of Paragraph (a) above;

        **(4)** The owner of a "non-owned auto" or any agent of or any person or entity employed by such owner.

**d.** Paragraph 2.b. under Financial Responsibility Laws of SECTION II – GENERAL CONDITIONS does not apply.

**e.** SECTION II – DEFINITIONS is amended as follows:

    **(1)** Paragraph 2. is replaced by the following:

        **2.** "Auto" means:

            **a.** A land motor vehicle, trailer, or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

            **b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged.

        However, "auto" does not include "mobile equipment".

    **(2)** The following is added to Paragraph **15.** "mobile equipment":

    However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration where they are licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law or motor vehicle registration law are considered "autos".

    **(3)** The following definition is added:

    "Perfluoroalkyl or polyfluoroalkyl substances" means any:

        **a.** Chemical or substance that contains one or more alkyl carbons on which hydrogen atoms have been partially or completely replaced by fluorine atoms, including but not limited to:

            **(1)** Polymer, oligomer, monomer or nonpolymer chemicals and their homologues, isomers, telomers, salts, derivatives, precursor chemicals, degradation products or by-products;

            **(2)** Perfluoro alkyl acids (PFAA), such as perfluorooctane sulfonic acid (PFOS) and its salts:

            **(3)** Perfluoropolyethers (PFPE);

            **(4)** Fluorotelomer-based substances; or

            **(5)** Side-chain fluorinated polymers; or

©, Copyright, State Farm Mutual Automobile Insurance Company, 2023
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

    **b.** Good or product, including containers, materials, parts or equipment furnished in connection with such good or products, that consists of or contains any chemical or substance described in Paragraph a.

**3.** The following is added to SECTION I AND SECTION II – COMMON POLICY CONDITIONS:

**Our Rights Regarding Claim Information**

    **a.** We will collect, receive, obtain, use, and retain all the items described in Paragraph b.(1) below and use and retain the information described in Paragraph b.(3)(b) below, in accordance with applicable federal and state laws and regulations and consistent with the performance of our business functions.

    **b.** Subject to Paragraph a. above, we will not be restricted in or prohibited from:

        **(1)** Collecting, receiving, or obtaining records, receipts, invoices, medical bills, medical records, wage information, salary information, employment information, data, and any other information;

        **(2)** Using any of the items described in Paragraph b.(1) above; or

        **(3)** Retaining:

            **(a)** Any of the items in Paragraph b.(1) above; or

            **(b)** Any other information we have in our possession as a result of our processing, handling, or otherwise resolving claims submitted under this policy.

    **c.** We may disclose any of the items in Paragraph b.(1) above and any of the information described in Paragraph b.(3)(b) above:

        **(1)** To enable performance of our business functions;

        **(2)** To meet our reporting obligations to insurance regulators;

        **(3)** To meet our reporting obligations to insurance data consolidators;

        **(4)** To meet other obligations required by law; and

        **(5)** As otherwise permitted by law.

    **d.** Our rights under Paragraphs a., b., and c. above shall not be impaired by any:

        **(1)** Authorization related to any claim submitted under this policy; or

        **(2)** Act or omission of an insured or a legal representative acting on an insured's behalf.

All other policy provisions apply.

CMP-4561.5

©, Copyright, State Farm Mutual Automobile Insurance Company, 2023
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(CONTINUED)

CMP-4225.4C
Page 1 of 5

## IMPORTANT NOTICE

### Regarding Changes to Your Policy

**CMP-4225.4 AMENDATORY ENDORSEMENT (Missouri)** is added to your State Farm® policy and replaces CMP-4225.3 AMENDATORY ENDORSEMENT (Missouri).

Editorial changes have been made to the following provisions:

- **SECTION I – CONDITIONS, Mortgageholders**
- **SECTION I AND SECTION II – COMMON POLICY CONDITIONS, Cancellation**
- **SECTION I AND SECTION II – COMMON POLICY CONDITIONS, When We Do Not Renew**

The endorsement follows this notice. Please read the endorsement and place it with your policy. If you have any questions, please contact your State Farm agent.

---

DISCLAIMER: This notice only provides a general summary of changes to your State Farm policy. This notice is not a statement of contract. This notice does not change, modify, or invalidate the provisions, terms, or conditions as set forth in your State Farm policy booklet, the most recently issued declarations, and any applicable endorsements.

---

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## AMENDATORY ENDORSEMENT (Missouri)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

1. SECTION I is amended as follows:

   a. The following is added to SECTION I:

      **Policy Value**

      Missouri Law states as follows:

      1. When real property incurs a total loss caused by a peril covered under an insurance policy and such total loss is a covered loss under the insurance policy, then the liability of the insurance company writing the policy shall be the amount of money for which the real property was insured, less any deductible, as specified in the policy.

      2. This section shall not apply to:

         (a) Any partial loss;

         (b) Any personal property that is not scheduled;

         (c) Any detached or appurtenant structure;

         (d) Any builder's risk policy;

         (e) Any policy of mortgage insurance;

         (f) Two or more buildings insured under a blanket basis or limit of insurance;

         (g) Any loss in which the insured or one acting on the insured's behalf engaged in any fraudulent or criminal activity that contributed to the loss;

         (h) Any loss to property if the insured increased the risk of loss insured against within sixty days of the date of the loss without the consent of the insurer and the increase in the risk of loss was a cause of the loss;

         (i) Any replacement cost coverage provided for in a policy or by endorsement, except that this section shall not be construed to prohibit an insured from recovering any replacement cost coverage pursuant to the terms and conditions of a policy or endorsement; or

©, Copyright, State Farm Mutual Automobile Insurance Company, 2022
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CMP-4225.4C
Page 2 of 5

(j)  Any loss that is covered by two or more policies.

3.  If two or more policies provide coverage for a total loss of real property caused by a peril, then the insureds may recover the face amount of the policy with the highest limit of coverage, and each policy shall contribute to the payment of the loss in proportion to the amount of insurance mentioned in each policy.

4.  For a total loss to a commercial building that is insured on a blanket basis for a stated amount that covers two or more commercial buildings, the settlement of the claim shall be based upon the initial value assigned to each affected commercial building before the loss, with any balance remaining being settled according to the terms and conditions of the policy.

b.  Paragraph 1.b. of SECTION I – CONDITIONS is replaced by the following:

b.  **Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. Each party will notify the other of the selected appraiser's identity within 20 days after receipt of the written demand for appraisal. The two appraisers will select an umpire. If the appraisers cannot agree upon an umpire within 15 days, either may request that selection be made by a judge of a court of record in the state and county (or city if the city is not within a county) in which the property covered is located. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. The umpire shall make an award within 30 days after the umpire receives the appraisers' submissions of their differences. A decision agreed to by any two will be binding. Each party will:

(1)  Pay its chosen appraiser; and

(2)  Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

c.  Paragraph 1.d. of SECTION I – CONDITIONS is replaced by the following:

d.  **Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

(1)  There has been full compliance with all of the terms of this insurance; and

(2)  The action is brought within ten years after the cause of action accrues.

d.  In the event of partial loss to Covered Property that is caused by or results from fire, and is covered by this policy, Paragraph e.(1) under Loss Payment of SECTION I – CONDITIONS is replaced by the following:

(1)  At our option, we will either:

(a)  Pay you an amount of money equal to the damage done; or

(b)  Repair the damage, so that the property is in as good a condition as before the fire.

But we will not pay more than the Limit of Insurance.

e.  Paragraph e.(2) under Loss Payment of SECTION I – CONDITIONS is replaced by the following:

(2)  In the event of any loss covered by this policy, we will give you notice, within 15 working days after we receive a properly executed proof of loss, that we:

(a)  Accept your claim;

(b)  Deny your claim; or

(c)  Need more time to determine whether your claim should be accepted or denied.

If we deny your claim, such notice will be in writing, and will state any policy provision, condition or exclusion used as a basis for the denial.

If we need more time to determine whether your claim should be accepted or denied, the written notice will state the reason(s) why more time is needed.

If we have not completed our investigation, we will notify you again in writing, within 45 days after the date the initial notice is sent as provided in Paragraph (2)(c) above and thereafter every 45 days. The written notice shall state why more time is needed to investigate your claim.

©, Copyright, State Farm Mutual Automobile Insurance Company, 2022
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CMP-4225.4C
Page 3 of 5

f. Paragraphs 2.b.(6) and 2.b.(7) under Mortgageholders of the **Property General Conditions** are replaced by the following:

    (6) If we cancel this policy, we will provide notice to the mortgageholder at least

        (a) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

        (b) 30 days before the effective date of cancellation if we cancel for any other reason.

    (7) If we elect not to renew this policy, we will provide notice to the mortgageholder at least 10 days before the expiration date of this policy.

2. **SECTION II** is amended as follows:

    a. Paragraph 1. b. of Coverage M – Medical Expenses is replaced by the following:

    b. The expenses are incurred and reported to us within one year of the date of the accident. However, expenses reported to us after one year of the date of the accident will not be denied solely because of the late submission, unless such late submission operates to prejudice our rights;

3. **SECTION I AND SECTION II – COMMON POLICY CONDITIONS** is amended as follows:

    a. The **SECTION I – PROPERTY** section under Paragraph 7. Other Insurance is replaced by the following:

    **SECTION I – PROPERTY**

    We shall not be liable for a greater proportion of any loss than the amount hereby insured shall bear to the whole insurance covering the property against the peril involved, whether collectible or not.

    b. Paragraph 8. is replaced by the following:

    8. **Premiums**

        a. The first Named Insured shown in the Declarations:

            (1) Is responsible for the payment of all premiums; and

            (2) Will be the payee for any return premiums we pay.

        b. The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

        c. Unless otherwise provided by an alternative payment plan in effect with "State Farm Companies", you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

            (1) Paid to us prior to the anniversary date; and

            (2) Determined in accordance with Paragraph b. above.

        Our forms then in effect will apply.

        d. Undeclared exposures or change in your business operation, acquisition or use of premises may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

        When you request changes to this policy, or the information or factors used to calculate the premium for this policy changes during the policy period, we may adjust the premium in accordance with the change during the policy period and you must pay any additional premium due within the time we specify.

        e. The premium for this policy may vary based upon:

            (1) The purchase of other insurance from the "State Farm Companies";

            (2) The purchase of products or services from an organization that has entered into an agreement or contract with the "State Farm Companies". The "State Farm Companies" do not warrant the merchantability, fitness, or quality of any product or service offered or provided by that organization; or

            (3) An agreement, concerning the insurance provided by this policy, that the "State Farm Companies" has with an organization in which you have a membership, or of which you are a subscriber, licensee, or franchisee.

        f. Your purchase of this policy may allow:

©, Copyright, State Farm Mutual Automobile Insurance Company, 2022
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CMP-4225.4C
Page 4 of 5

    (1) You to purchase or obtain certain coverages, coverage options, coverage deductibles, coverage limits, or coverage terms on other products from the "State Farm Companies", subject to their applicable eligibility rules; or

    (2) The premium or price for other products or services purchased by you, including non-insurance products or services, to vary. Such other products or services must be provided by the "State Farm Companies" or by an organization that has entered into an agreement or contract with the "State Farm Companies". The "State Farm Companies" do not warrant the merchantability, fitness or quality of any product or service offered or provided by that organization.

c.  Paragraph 11. is replaced by the following:

11. **Transfer Of Your Rights And Duties Under This Policy**

  a.  **Transfer By Beneficiary Deed**

    If you convey real property insured under this policy to a person (known as a grantee beneficiary) designated under a beneficiary deed, which has been properly recorded prior to your death, that person will have your rights and duties with respect to the insured real property, but only for the period from the date of your death until the first of the following occurs:

    (1) A period of 30 days from the date of your death;

    (2) The date that alternative coverage is obtained on your property; or

    (3) The end of the policy period as shown in the Declarations.

  b.  **Transfer By Other Means Following Death**

    If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative.  Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties, but only with respect to that property.  Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

d.  The following is added:

**Cancellation**

  a.  The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

  b.  We may cancel this policy by providing to the first Named Insured notice of cancellation, stating the actual reason for cancellation, at least

    (1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

    (2) 30 days before date of cancellation if cancellation is for one or the effective more of the following reasons:

      (a) Fraud or material misrepresentation affecting this policy or a claim filed under this policy or a violation of any of the terms or conditions of this policy;

      (b) Changes in conditions after the effective date of this policy which have materially increased the risk assumed;

      (c) We become insolvent; or

      (d) We involuntarily lose reinsurance for this policy.

    (3) 60 days before the effective date of cancellation if we cancel for any other reason.

  c.  Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

  d.  If this policy is cancelled, we will send the first Named Insured any premium refund due.  The refund will be pro rata. The cancellation will be effective even if we have not made or offered a refund.

  e.  If this policy insured more than one Named Insured:

    (1) The first Named Insured may affect cancellation for the account of all insureds; and

©, Copyright, State Farm Mutual Automobile Insurance Company, 2022
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(2) Our notice of cancellation to the first Named Insured is notice to all insureds. Payment of unearned premium to the first Named Insured is for the account of all interests therein.

**When We Do Not Renew**

a. We may elect not to renew this policy by providing to the first Named Insured notice of nonrenewal, stating the actual reason for nonrenewal, at least 60 days prior to the effective date of the nonrenewal.

4. **THE FOLLOWING ADDITIONAL PROVISIONS ARE ONLY APPLICABLE TO POLICIES INSURING CONDOMINIUMS:**

a. Paragraph 2.b.(2) under **Mortgageholders** of **SECTION I – CONDITIONS** is replaced by the following:

(2) If the condominium is terminated, we will pay for covered loss to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear. In all other respects, we will pay for loss to buildings or structures to you or the designated insurance trustee in accordance with the Loss Payment Condition.

b. Paragraph 2.b.(6) and 2.b.(7) under **Mortgageholders** of **SECTION I – CONDITIONS** are replaced by the following:

(6) If we cancel this policy, we will provide notice to the mortgageholder at least 30 days before the effective date of cancellation.

(7) If we elect not to renew this policy, we will provide notice to the mortgageholder at least 30 days before the expiration date of this policy.

c. The following is added to **SECTION I AND SECTION II – COMMON POLICY CONDITIONS:**

**Unit-Owner Acts Or Omissions**

No act or omission by any unit-owner will void the policy or be a condition to recovery under this policy. But this does not apply to unit-owners acting within the scope of their authority on behalf of the association.

d. Paragraph b. under **Cancellation**, above, of **SECTION I AND SECTION II – COMMON POLICY CONDITIONS** is replaced by the following:

b. We may cancel this policy by providing to the first Named Insured notice of the cancellation at least 30 days before the effective date of the cancellation.

All other policy provisions apply.

## MISSOURI PROPERTY AND CASUALTY INSURANCE GUARANTY ASSOCIATION
## COVERAGE LIMITATIONS

1. Subject to the provisions of the Missouri Property and Casualty Insurance Guaranty Association Act (to be referred to as the Act), if we are a member of the Missouri Property and Casualty Insurance Guaranty Association (to be referred to as the Association), the Association will pay claims covered under the Act if we become insolvent.

2. The Act contains various exclusions, conditions and limitations that govern a claimant's eligibility to collect payment from the Association and affect the amount of any payment. The following limitations apply subject to all other provisions of the Act:

a. Claims covered by the Association do not include a claim by or against an insured of an insolvent insurer, if the insured has a net worth of more than $25 million on the later of the end of the insured's most recent fiscal year or the December thirty-first of the year next preceding the date the insurer becomes insolvent; provided that an insured's net worth on such date shall be deemed to include the aggregate net worth of the insured and all of its affiliates as calculated on a consolidated basis.

b. Payments made by the Association for covered claims will include only that amount of each claim which is less than $300,000.

However, the Association will not:

(1) Pay an amount in excess of the applicable limit of insurance of the policy from which a claim arises; or

(2) Return to an insured any unearned premium in excess of $25,000.

These limitations have no effect on the coverage we will provide under this policy.

CMP-4225.4

©, Copyright, State Farm Mutual Automobile Insurance Company, 2022
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

(CONTINUED)

## IMPORTANT NOTICE

### Regarding Changes to Your Policy

**CMP-4532 EXCLUSION – CYBER INCIDENT** is added to your State Farm® policy.

The following changes to your policy are effective with this policy term:

- **SECTION I – EXCLUSIONS**
  - Under Paragraph 1, **Cyber Incident:** There is no coverage for loss resulting from a cyber incident; however, if a cyber incident as described in this exclusion results in fire or explosion, we will pay for the loss to Covered Property caused by that fire or explosion subject to the applicable limits of insurance.
- **SECTION II – LIABILITY, Section II – Exclusions**
  - **Cyber Incident:** There is no coverage for "bodily injury", "property damage" and "personal and advertising injury" arising out of a "cyber incident".

The endorsement follows this notice. Please read the endorsement and place it with your policy. If you have any questions, please contact your State Farm agent.

---

DISCLAIMER: This notice only provides a general summary of changes to your State Farm policy. This notice is not a statement of contract. This notice does not change, modify, or invalidate the provisions, terms, or conditions as set forth in your State Farm policy booklet, the most recently issued declarations, and any applicable endorsements.

---

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION – CYBER INCIDENT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

A. The following is added to Paragraph 1. of SECTION I – EXCLUSIONS:

**Cyber Incident**

1. Unauthorized access to or use of any computer system (including "electronic data");

2. Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system (including "electronic data") and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system (including "electronic data") or otherwise disrupt its normal functioning or operation; or

3. Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

But if Cyber Incident results in fire or explosion, we will pay for the loss caused by that fire or explosion.

Loss caused by Cyber Incident will not be considered loss caused by vandalism.

B. The following is added to Section II – Exclusions:

**Cyber Incident**

"Bodily injury", "property damage" or "personal and advertising injury" arising out of a "cyber incident".

This exclusion applies even if damages are claimed for notification costs, credit or identity monitoring expenses, forensic expenses, public relations expenses, data restoration expenses, extortion expenses or any other similar cost or expense incurred by you or others arising out of a "cyber incident".

©, Copyright, State Farm Mutual Automobile Insurance Company, 2023
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CMP-4532C
Page 2 of 2

C. For the purposes of this endorsement, the following definition is added to SECTION II – DEFINITIONS:

"Cyber incident" means any:

1. Unauthorized access to or use of any computer system;

2. Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system or otherwise disrupt its normal functioning or operation; or

3. Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

All other policy provisions apply.

CMP-4532

©, Copyright, State Farm Mutual Automobile Insurance Company, 2023
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

FE-6999.3
Page 1 of 1

In accordance with the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2019, this disclosure is part of your policy.

## POLICYHOLDER DISCLOSURE NOTICE OF TERRORISM INSURANCE COVERAGE

Coverage for acts of terrorism is not excluded from your policy. However your policy does contain other exclusions which may be applicable, such as an exclusion for nuclear hazard. You are hereby notified that the Terrorism Risk Insurance Act, as amended in 2019, defines an act of terrorism in Section 102(1) of the Act. The term "act of terrorism" means any act that is certified by the Secretary of the Treasury—in consultation with the Secretary of Homeland Security, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Under this policy, any covered losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended. Under the formula, the United States Government generally reimburses 80% beginning on January 1,

2020 of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

There is no separate premium charged to cover insured losses caused by terrorism. Your insurance policy establishes the coverage that exists for insured losses. This notice does not expand coverage beyond that described in your policy.

THIS IS YOUR NOTIFICATION THAT UNDER THE TERRORISM RISK INSURANCE ACT, AS AMENDED, ANY LOSSES RESULTING FROM CERTIFIED ACTS OF TERRORISM UNDER YOUR POLICY MAY BE PARTIALLY REIMBURSED BY THE UNITED STATES GOVERNMENT AND MAY BE SUBJECT TO A $100 BILLION CAP THAT MAY REDUCE YOUR COVERAGE.

FE-6999.3

©, Copyright, State Farm Mutual Automobile Insurance Company, 2020

(CONTINUED)

## IMPORTANT NOTICE

### Regarding Changes to Your Policy

**FE-1401 EXCLUSION – CYBER INCIDENT** is added to your State Farm® policy.

The following changes to your policy are effective with this policy term:

- **EXCLUSIONS**
  - o **Cyber Incident:** There is no coverage for loss resulting from a cyber incident; however, if a cyber incident as described in this exclusion results in fire or explosion, we will pay for the loss to covered property caused by that fire or explosion subject to the applicable limits of insurance.

The endorsement follows this notice. Please read the endorsement and place it with your policy. If you have any questions, please contact your State Farm agent.

---

*DISCLAIMER: This notice only provides a general summary of changes to your State Farm policy. This notice is not a statement of contract. This notice does not change, modify, or invalidate the provisions, terms, or conditions as set forth in your State Farm policy booklet, the most recently issued declarations, and any applicable endorsements.*

---

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### EXCLUSION – CYBER INCIDENT

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE

The following exclusion is added:

We do not insure under any coverage for any loss which would not have occurred in the absence of one or more of the following excluded events. We do not insure for such loss regardless of: (a) the cause of the excluded event; or (b) other causes of the loss; or (c) whether other causes acted concurrently or in any sequence with the excluded event to produce the loss; or (d) whether the event occurs suddenly or gradually, involves isolated or widespread damage, arises from natural or external forces, or occurs as a result of any combination of these:

**Cyber Incident**

1. Unauthorized access to or use of any computer system (including "electronic data");

2. Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system (including "electronic data") and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system (including "electronic data") or otherwise disrupt its normal functioning or operation; or

3. Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

But if Cyber Incident results in fire or explosion, we will pay for the loss caused by that fire or explosion.

Loss caused by Cyber Incident will not be considered loss caused by vandalism.

The Cyber Incident exclusion does not apply when the Inland Marine Computer Property Form is attached to this policy, except for loss caused by or resulting from ransomware.

For the purposes of this endorsement, ransomware means any software that encrypts electronic data held within a computer system and demands a ransom payment in order to decrypt or restore such "electronic data".

All other policy provisions apply.

FE-1401

©, Copyright, State Farm Mutual Automobile Insurance Company, 2023
Includes copyrighted material of Insurance Services Office, Inc., with its permission.